UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD T. PATTEN,
    *Plaintiff*,

v.

CITIZENS BANK, N.A.,
    *Defendant*.

C.A. No. 1:24-cv-10293-LTS

## **STIPULATION OF EXTENSION**

Plaintiff Edward T. Patten and Defendant Citizens Bank, N.A. ("Citizens") stipulate and agree that Citizens may have an 8-day extension of time, up to and including February 20, 2024, to respond to Plaintiff's First Amended Verified Complaint in Equity (Doc. 1-4).

Dated: February 7, 2024

| | |
|---|---|
| Plaintiff,<br>EDWARD T. PATTEN,<br>*Pro Se*, | Defendant,<br>CITIZENS BANK, N.A.,<br>By its attorneys, |
| /s/ Edward T. Patten<br>Edward T. Patten (BBO#546386)<br>PO Box 1000<br>East Dennis, MA 02641<br>Phone: (774) 212-6840<br>edpattenlaw@outlook.com | /s/ Brenna A. Force<br>Geoffrey W. Millsom (BBO#653821)<br>Brenna Anatone Force (BBO#681486)<br>ADLER POLLOCK & SHEEHAN P.C.<br>1 Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607<br>gmillsom@apslaw.com<br>bforce@apslaw.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 7, 2024, a true and accurate copy of this document was served by email and first-class mail, postage prepaid upon the following:

Edward T. Patton, Esq.
PO Box 1000
East Dennis, MA 02641
edpattenlaw@outlook.com

*Pro Se Plaintiff*

                    /s/ Brenna A. Force